No. 24. BEADLE ET AL. *v.* SCHOLLE ET AL. Supreme Court of Michigan. Certiorari denied. *Edmund E. Shepherd, Whitney North Seymour* and *Jerome H. Kern* for petitioners. *Frank J. Kelley,* Attorney General of Michigan, and *Eugene Krasicky,* Solicitor General, for Hare; and *Theodore Sachs* for Scholle, respondents.

Nos. 379 and 380. PAN-AMERICAN LIFE INSURANCE Co. *v.* LORIDO. Supreme Court of Florida, and District Court of Appeal of Florida, Third District. Certiorari denied. *James A. Dixon* and *Sam Daniels* for petitioner. *Mortimer Fried* for respondent. *Solicitor General Cox* filed a memorandum for the United States.

No. 553. FINCH ET AL. *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. Petitioners *pro se*. *Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Norman H. Sokolow,* Deputy Attorney General, for respondent.

No. 673. PAN-AMERICAN LIFE INSURANCE Co. *v.* RECIO. District Court of Appeal of Florida, Third District. Certiorari denied. *James A. Dixon* and *Sam Daniels* for petitioner. *Wesley G. Carey* for respondent.

No. 1061. SANTANA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Francisco Ponsa Feliu* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.